United States District Court
District of Massachusetts

| | |
|---|---|
| Haemonetics Corp., <br>     Plaintiff, <br><br> v. <br><br> Baxter Healthcare Corp. and <br> Fenwal Inc., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )  Civil Action No. <br> )  05-12572-NMG <br> ) <br> ) <br> ) <br> ) |

## VERDICT FORM

**INFRINGEMENT**

Question 1:    Do you find that the plaintiff, **Haemonetics**, has proven, by a preponderance of the evidence, that the defendants, **Baxter and Fenwal**, infringed Claim 16 of the '983 patent?

Answer:        Yes  ✓            No _____


**IF YOU ANSWER QUESTION 1 "YES", PROCEED TO QUESTIONS 2a AND 2b;
IF YOU ANSWER QUESTION 1 "NO", YOUR DELIBERATIONS ARE COMPLETE.**

**VALIDITY**

Question 2a:   Do you find that the defendants, **Baxter and Fenwal**, have proven, by clear and convincing evidence, that Claim 16 of the '983 patent is invalid because of <u>prior invention</u>?

Answer:        Yes _____        No ✓

Question 2b:   Do you find that the defendants, **Baxter and Fenwal**, have proven, by clear and convincing evidence, that Claim 16 of the '983 patent is invalid because of <u>obviousness</u>?

Answer:        Yes _____        No ✓

**IF YOU ANSWER <u>EITHER</u> OF QUESTIONS 2a OR 2b (OR BOTH) "YES", YOUR DELIBERATIONS ARE COMPLETE; IF YOU ANSWER BOTH QUESTIONS 2a <u>AND</u> 2b "NO", PROCEED TO QUESTION 3.**

**DAMAGES**

Question 3:   Do you find that the plaintiff, **Haemonetics**, has proven, by a preponderance of the evidence, to have suffered lost profits as a result of the infringement of the '983 patent:

Answer:     Yes ✓         No _____

**IF YOU ANSWER QUESTION 3 "YES", PROCEED TO QUESTIONS 4 AND 5;
IF YOU ANSWER QUESTION 3 "NO", PROCEED TO QUESTION 5.**

Question 4:   Indicate the amount of lost profits that you find the plaintiff, **Haemonetics**, has suffered as a result of the infringement of the '983 patent:

Eleven million, three hundred thirty five thousand, nine hundred thirty five Dollars
(Words)

($ 11,335,935 )
(Numbers)

Question 5:   With respect to any infringing sales for which you do not award lost profits damages, indicate the amount of reasonable royalty damages that you find the plaintiff, **Haemonetics**, has suffered as a result of the infringement of the '983 patent:

Four million, three hundred forty nine thousand, eight hundred thirty five Dollars
(Words)

($ 4,349,835 )
(Numbers)

YOUR DELIBERATIONS ARE COMPLETE.  THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION BUT **DO NOT REVEAL YOUR VERDICT TO THE MARSHAL**. THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

30 January 2009
Date

_Jerry Shallenberger_
Foreperson