UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HAEMONETICS, CORP.**
        **Plaintiff**

    V.

**FENWAL, INC.**
        **Defendant**

CIVIL ACTION

NO. **05-cv-12572-NMG**

## JUDGMENT

**GORTON, D. J.**

In accordance with the Court's Memorandum and Order dated  9/13/11  granting  Defendant's  motion for summary judgment (Docket No. 379 ) in the above-entitled action, it is hereby ORDERED:

    Judgment for the  Defendant 

                              By the Court,

 9/14/2011                                       /s/ Kellyann Moore
    Date                                          Deputy Clerk